Lisa Pearson
KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building, 1114 Avenue of the Americas
New York, NY, 10036-7703
(212) 775-8725
LPearson@KilpatrickTownsend.com

Charles H. Hooker III (*pro hac vice* application to be submitted)
W. Andrew Pequignot (*pro hac vice* application to be submitted)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309-4528
(404) 815-6500
APequignot@KilpatrickTownsend.com
CHooker@KilpatrickTownsend.com

Attorneys for Defendant

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ANASAGASTI,<br><br>       Plaintiff,<br><br>  v.<br><br>AMERICAN EAGLE OUTFITTERS, INC.,<br><br>       Defendant. | Case No. 14 Civ. 5618 (ALC)<br>      ECF CASE |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, American Eagle Outfitters, Inc. states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

DATED: September 29, 2014

                               */s/ Lisa Pearson*

Lisa Pearson
KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building, 1114 Avenue of the Americas
New York, NY, 10036-7703
(212) 775-8725
LPearson@KilpatrickTownsend.com

Charles H. Hooker III  (*pro hac vice* application to be submitted)
W. Andrew Pequignot (*pro hac vice* application to be submitted)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309-4528
(404) 815-6500
APequignot@KilpatrickTownsend.com
CHooker@KilpatrickTownsend.com

*Attorneys for Defendant*
*American Eagle Outfitters, Inc.*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served upon counsel of record by filing it electronically with Court's CM/ECF system.

Dated: September 29, 2014

*/s/ Charles H. Hooker III*
Charles H. Hooker III