UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ANASAGASTI<br><br>Plaintiff<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC.<br><br>Defendant | Case No.   14 Civ. 5618 (ALC) (RLE)<br>ECF CASE<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Anasagasti and Defendant American Eagle Outfitters, Inc., by and through their respective counsel agree and stipulate that this action is hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

_____
Andrew Gerber
Jordan Fletcher
KUSHNIRSKY GERBER PLLC
25 Broadway, 9th Floor
New York, NY 10004

*Attorneys for Plaintiff David Anasagasti*

_____
Lisa Pearson
Kilpatrick Townsend & Stockton LLP
The Grace Building, 1114 Avenue of the Americas
New York, NY, 10036-7703

*Attorney for Defendant American Eagle Outfitters, Inc.*